UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.V.Venugopal Reddy. Was a Resident of Kansas in ~~May of 2007.~~

Write the full name of each plaintiff.

____CV____________

(Include case number if one has been assigned)

-against-

HSBC Securities (USA), New York, New York, USA

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

15 USC 78o-6 Securities Analysts and Research Reports and FINRA Rules have been violated

I filed an Administrative Complaint with the SEC on the May 7th, 2007

I had filed a private right of action in US District Court of Kansas on the

29th of June 2026. The complaint was dismissed due to lack of Jurisdiction

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, K.V.Venugopal Reddy, is a citizen of the State of
(Plaintiff's name)

was a citizen of Kansas in May of 2007.
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, HSBC Securities (USA), is incorporated under the laws of the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in New York.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Venugopal | K.V. | Reddy |
|---|---|---|
| First Name | Middle Initial | Last Name |

#1 8th Main 4th Cross Ganesha Block Mahalakshmi Layout
Street Address

| Bangalore | Karnataka | 560096 |
|---|---|---|
| County, City | State | Zip Code |

| +919972878682 | vreddyusa34@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

HSBC Securities (USA), New Yor, New York, USA

Current Job Title (or other identifying information)

452 5th Avenue, New York, New York 10018

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: HSBC Bangalore -- HSBC Securities (USA),New York

Date(s) of occurrence: End of June 2005 to end of Feb. 2006

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was Retaliated and Fraudulently terrninated from my employment for developing an unfavorable research business model to generate topline brokerage revenues for HSBC Securities (USA) and introducing Property Agents at the Request of Tony Bradbury, Head of Global Resourcing at HSBC to Buy or Lease Real Estate Office Space. See Additional Sheet Answer to this point for the detailed explanation in Statement of Claim.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was suffering from Psychotic Depression, Delusional Disorder and Schizophernia from Mid 2007 to end of 2012. i had to spend 6 months in a Rehab from mid 2010 to end of 2010 after which I was treated as an out patient until Dec. of 2012 until I got better

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am suffering from damages from end of June of 2005 to end of Feb 2006 and from the end of Feb. of 2006 to current date. I will accept any amount the Judge of Jury awards me after trial based on the compensation I was receiving with my previous employer with a slight increment.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

23 of September, 2026 — [signature]

Dated — Plaintiff's Signature

Venugopal K.V. Reddy

First Name — Middle Initial — Last Name

#1 8th Main 4th Cross Ganesha Block, Mahalakshmi Layout Bangalore 50096

Street Address

Bangalore — Karnataka — 560096

County, City — State — Zip Code

+919972878682 — vreddyusa34@gmail.com

Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.